## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKALHOMA

| | |
|---|---|
| (1)  HEIDI POOL, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) BRINKER OKLAHOMA, INC. d/b/a )<br>CHILI'S BAR & GRILL, a foreign )<br>corporation, )<br>)<br>Defendant. ) | Case No. CIV-16-1156-HE |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiff, by and through her attorneys of record, and Defendant, by and through its attorneys of record, stipulate to the dismissal *with* prejudice of all claims and causes of action brought in this case by the Plaintiff. The parties stipulate that they shall each bear their own attorneys fees and costs.

Submitted this 9th day of February, 2017.

*s/Blake Sonne*_____
Blake Sonne, OBA #20341
SONNE LAW FIRM, PLC
P.O. Box 667
Norman, Oklahoma 73070
(405) 664-2919
(405) 872-8897 (fax)
bsonne21@yahoo.com
**ATTORNEYS FOR PLAINTIFF**

1

*s/Jo Anne Deaton*
*(signed with permission)*
Jo Anne Deaton, OBA #5938
RHODES HIERONYMOUS JONES TUCKER &
GABLE, PLLC
P.O. Box 21100
Tulsa, Oklahoma 74103
(918) 582-1173
(918) 592-3390 (fax)

Michael J. DePonte
*To be Admitted Pro Hac Vice*
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, TX 75201
(214) 520-2400
(214) 520-2008 (fax)
**ATTORNEYS FOR DEFENDANT**